1

2

3

4

5                            UNITED STATES DISTRICT COURT

6                            EASTERN DISTRICT OF CALIFORNIA

7

8      AARON VRH,                              Case No. 1:25-cv-01385-CDB

9                  Plaintiff,                  ORDER GRANTING DEFENDANTS'
                                               REQUEST FOR EXTENSION OF TIME TO
10          v.                                 RESPOND TO THE COMPLAINT <u>AS</u>
                                               <u>MODIFIED</u>
11     J. ZAMORA, *et al.*,
                                               (Doc. 1)
12                 Defendants.

13

14     **<u>Background</u>**

15          Plaintiff Aaron Vrh, a state inmate, initiated this action with the filing of a complaint in the

16     California Superior Court for the County of Kings, alleging, among other things, violations of rights

17     by Defendants J. Zamora, C. Martincek, M. Brown, H. Moseley, and the California Department of

18     Corrections and Rehabilitation ("CDCR") under the Eighth Amendment of the United States

19     Constitution. *See* (Doc. 1).

20          Defendants removed the action to this Court on October 16, 2025. *Id.* In their notice of

21     removal, Defendants request the Court screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A

22     and grant Defendants 45 days to respond to the complaint from the date of service of the Court's

23     order screening the complaint. *Id.* at 3.

24          Defendants' request for an extension of time to respond to the complaint after service of the

25     Court's screening order will be granted, as modified.

26          The Court will screen the complaint in due course as set forth above and direct service of

27     the complaint upon any named defendant only upon finding any asserted claim(s) cognizable. The

28     undersigned regrets the unavoidable delay incumbent in screening the complaint given this

1   District's judicial resource emergency and backlog of cases.

2        **Conclusion and Order**

3        For the foregoing reasons, IT IS HEREBY ORDERED that Defendants shall have **21 days**

4   to respond to the complaint from the date of service of the Court's order screening the complaint.

5   *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

6   IT IS SO ORDERED.

7        Dated:   **October 20, 2025**        _____

8                                             UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28