UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON VRH,<br><br>   Plaintiff,<br><br>  v.<br><br>J. ZAMORA, et al.,<br><br>   Defendants. | Case No.: 1:25-cv-01385-JLT-CDB<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 11) |

Plaintiff Aaron Vrh is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983. This action was removed to this Court on October 16, 2025.

On February 24, 2026, the Court issued its Order to Show Cause (OSC) in Writing Why This Action Should Not Be Dismissed for Plaintiff's Failure to Respond to the First Screening Order. (Doc. 11.) Plaintiff was to respond within 14 days. (*Id*. at 2-3.)

On March 6, 2026, Plaintiff filed an amended complaint. (Doc. 12.)

Because Plaintiff has filed an amended complaint, the OSC will be discharged. Further, the Clerk of the Court will be directed to modify the docket entry associated with Plaintiff's recent filing because the amended complaint is Plaintiff's *third* amended complaint rather than a first amended complaint. (*See* Doc. 10 at 16-17 [directing Plaintiff to file "a third amended complaint curing the deficiencies …"].) Plaintiff's third amended complaint will be screened in due course.

**CONCLUSION AND ORDER**

Accordingly, the Court **HEREBY ORDERS** that:

1.  The OSC issued February 24, 2026 (Doc. 11) , is **DISCHARGED**; and

2.  The Clerk of the Court is **DIRECTED** to modify docket entry number 12 to reflect that Plaintiff filed a third amended complaint.

IT IS SO ORDERED.

Dated:   __**March 9, 2026**__                    _____

UNITED STATES MAGISTRATE JUDGE