UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ANTHONY VRH,<br><br>Plaintiff,<br><br>v.<br><br>J. ZAMORA, et al.,<br><br>Defendants. | 1:25-cv-01385-JLT-CDB (PC)<br><br>**ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT**<br><br>(Doc. 13) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. section 1983.

On March 6, 2026, Plaintiff filed an application to proceed *in forma pauperis*. (Doc. 13.) Because Defendants paid the $405 filing fee on October 16, 2025, at the time of removal from the Kings County Superior Court (*see* Doc. 1), the Court **HEREBY ORDERS** that Plaintiff's application of March 6, 2026, is **DISREGARDED as MOOT**.

IT IS SO ORDERED.

Dated:   **March 10, 2026**                          _____

UNITED STATES MAGISTRATE JUDGE

1