UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AARON VRH,

Plaintiff,

v.

J. ZAMORA, et al.,

Defendants.

Case No.: 1:25-cv-01385-JLT-CDB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS

(Doc. 25)

Aaron Vrh, a state prisoner proceeding pro se, seeks to hold defendants liable for violations of his federal civil rights. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 10, 2026, the assigned magistrate judge issued Findings and Recommendations following screening of the fourth amended complaint, recommending this action proceed only on plaintiff's Eighth Amendment threat to safety claims against defendants Gamboa, Sasselli, and Zoucha, that any remaining claims be dismissed, and that defendants California Department of Corrections and Rehabilitation and V. Cantu be dismissed. (Doc. 25.) The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (*Id.* at 17–18.) It also advised the parties that the "failure to file objections within the specified time may result in a waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff filed timely objections. (Doc.

26.)

According to 28 U.S.C. § 636(b)(1)(C), this Court has performed a *de novo* review of this case. The Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 10, 2026 (Doc. 25) are **ADOPTED** in full.
2. This action **PROCEEDS** on plaintiff's Eighth Amendment threat to safety claims against defendants Gamboa, Sasselli, and Zoucha. All other claims are **DISMISSED** without leave to amend in light of the previous screening order, previous amendments, and futility. Defendants CDCR and V. Cantu are thus **DISMISSED** from this action with prejudice.
3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: November 5, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE