UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON VRH,<br>Plaintiff,<br>v.<br>J. ZAMORA, et al.,<br>Defendants. | Case No.: 1:25-cv-01385-JLT-CDB<br>**ORDER DIRECTING DEFENDANTS TO FILE ANSWER TO PLAINTIFF'S FOURTH AMENDED COMPLAINT WITHIN 30 DAYS** |

Plaintiff Aaron Vrh is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

This action was removed from the Kings County Superior Court to this Court on October 16, 2025. (Doc. 1.)

On September 10, 2026, the undersigned issued Findings and Recommendations to Dismiss Certain Claims and Defendants Following Screening of Plaintiff's Fourth Amendment Complaint. (Doc. 25.) Thereafter, Plaintiff filed his objections. (Doc. 26.)

On November 6, 2026, the assigned district judge adopted the Findings and Recommendations in full, ordered this action proceed on Plaintiff's Eighth Amendment threat to safety claims against Defendants Gamboa, Sasselli, and Zoucha, dismissed Defendants CDCR and V. Cantu, and dismissed any remaining claims without leave to amend. (Doc. 27.)

Accordingly, the Court **HEREBY ORDERS** Defendants Gamboa, Sasselli, and Zoucha to file an answer to Plaintiff's fourth amended complaint **within 30 days** of the date of this order.

IT IS SO ORDERED.

Dated: **November 9, 2026**

UNITED STATES MAGISTRATE JUDGE